1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTMARK INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STEVEN W. FRANK, an individual, and DOES 1 through 10, Inclusive,<br><br>　　　　　Defendants.<br>_____<br>STEVEN W. FRANK,<br><br>　　　　　Counterclaimant, vs.<br>TRUSTMARK INSURANCE COMPANY and DOES 1 through 100, inclusive, Counter Defendant | Case No.: 2:14-cv-01522-MCE-EFB<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION** |

After reviewing the parties' Stipulation for Dismissal of Entire Action, the Court finds the matter appropriate and hereby approves the Stipulation.

///

1

ORDER GRANTING DISMISSAL OF ENTIRE ACTION

The Court hereby orders the following:

    (1)    Plaintiff TRUSTMARK INSURANCE COMPANY's Complaint is dismissed with prejudice.

    (2)    Defendant STEVEN W. FRANK's Counterclaim is dismissed with prejudice.

    (3)    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: November 20, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT